IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUSTIN JELENIK,

        Defendant.

**EXHIBIT LIST**

Case No.    4:25MJ3246
Deputy:     Nicki Wenzl
Reporter:   Digital Recorder
Date:       November 06, 2025

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Photos of weapons | X | | X | | 11/6/2025 |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**